ROCKEFELLER, GOVERNOR OF NEW YORK, ET AL. *v.* CATHOLIC MEDICAL CENTER OF BROOKLYN & QUEENS, INC., DIVISION OF ST. MARY'S HOSPITAL, ET AL.

No. 1379.   Decided May 4, 1970

*Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *George D. Zuckerman* and *Lloyd G. Milliken,* Assistant Attorneys General, for appellants.

*James M. Hartman* and *Richard L. Epstein* for apellees.

PER CURIAM.

The judgment appealed from does not include an order granting or denying an interlocutory or permanent injunction and is therefore not appealable to this Court under 28 U. S. C. § 1253.   See *Goldstein* v. *Cox,* 396 U. S. 471.   The judgment of the District Court is vacated and the case is remanded to that court so that it may enter a fresh decree from which timely appeal may be taken to the Court of Appeals.   See *Stamler* v. *Willis,* 393 U. S. 407.

MR. JUSTICE DOUGLAS concurs in the result.